UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EARL RICHARDSON,

      Plaintiff,                         Case No. 3:17-cv-226

vs.

TI AUTOMOTIVE GROUP                District Judge Thomas M. Rose
SYSTEMS, *et al*.,                      Magistrate Judge Michael J. Newman

      Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #12), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation. It is ordered that (1) Defendant TI's motion to dismiss Plaintiff's initial complaint (doc. 8) be **DENIED AS MOOT**; (2) Defendant TI's motion to dismiss Plaintiff's amended complaint (doc. 10) be **GRANTED**; (3) *pro se* Plaintiff's amended complaint (doc. 9) be **DISMISSED** ; and (4) this case be **TERMINATED** on the Court's docket.

      **IT IS SO ORDERED.**

Date:  <u>November 21, 2017</u>                  <u>*s/Thomas M. Rose</u>
                                                 Thomas M. Rose
                                                 United States District Judge